IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LONGI GREEN ENERGY TECHNOLOGY CO. LTD.,<br><br>*Plaintiff,*<br><br>v.<br><br>JINKO SOLAR CO., LTD., JINKOSOLAR HOLDING CO., LTD., JINKOSOLAR (VIETNAM) INDUSTRIES CO. LTD., and JINKO SOLAR TECHNOLOGY SDN. BHD.,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § Civil Action No. 2:25-cv-00048-JRG-RSP |

## ORDER

Defendants Jinko Solar Co., Ltd.; JinkoSolar Holding Co., Ltd.; Jinko Solar Technology Sdn. Bhd.; and Jinko Solar (Vietnam) Industries Co. Ltd. (collectively, "Defendants") previously filed a Motion to Dismiss for Insufficient Service of Process (the "Motion to Dismiss"). (Dkt. No. 17.) Magistrate Judge Payne entered a Report and Recommendation recommending denial of Defendants' Motion to Dismiss. (Dkt. No. 35.) Defendants filed Objections. (Dkt. No. 37.) Plaintiff LONGi Green Energy Technology Co. Ltd. filed a Response. (Dkt. No. 40.)

After conducting a *de novo* review of the briefing on the Motion to Dismiss for Insufficient Service of Process, the Report and Recommendation, and the briefing on Defendants' Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendants' Objections and **ADOPTS** the Report and Recommendation and orders that the Motion to Dismiss for Insufficient Service of Process (Dkt. No. 17) is **DENIED**.

**So ORDERED and SIGNED this 25th day of June, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE