# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LONGI GREEN ENERGY TECHNOLOGY CO. LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>JINKO SOLAR CO., LTD., JINKOSOLAR HOLDING CO., LTD., JINKOSOLAR (VIETNAM) INDUSTRIES CO. LTD., and JINKO SOLAR TECHNOLOGY SDN. BHD,<br><br>*Defendants*. | Civil Action No. 2:25-cv-00048-JRG-RSP |

## ORDER

Defendants Jinko Solar Co., Ltd., JinkoSolar Holding Co., Ltd., Jinko Solar Technology Sdn. Bhd., and Jinko Solar (Vietnam) Industries Co. Ltd. (collectively, "Defendants") previously filed a Renewed Motion to Dismiss for Insufficient Service of Process. (Dkt. No. 39.) Magistrate Judge Payne entered a Report and Recommendation, recommending denial of Defendants' Motion to Dismiss. (Dkt. No. 55.) Since no objections have been filed and considering the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Renewed Motion to Dismiss for Insufficient Service of Process (Dkt. No. 39) is **DENIED**.

**So ORDERED and SIGNED this 15th day of July, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE